UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2014

_____

RESPONSE REQUESTED
_____

No.  13-7152,    <u>Deangelo Whiteside v. US</u>
                 1:09-cr-00069-MR-1, 1:12-cv-00118-MR

TO:   Ann Loraine Hester

RESPONSE DUE: **June 20, 2014**

A response is required to the petition for rehearing en banc.  The response must be filed by the response due date shown in this notice.

Sharon A. Wiley, Deputy Clerk
804-916-2704