FILED: July 10, 2014

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7152
(1:09-cr-00069-MR-1)
(1:12-cv-00118-MR)
_____

DEANGELO MARQUIS WHITESIDE

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

_____

O R D E R
_____

    A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

    IT IS ORDERED that rehearing en banc is granted.

    The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

For the Court

/s/ Patricia S. Connor, Clerk